Cyrus Safa
Attorney at Law: 282971
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)868-5886
Fax: (562)868-5491
E-Mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
PAMELA C. BRANSON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA C. BRANSON | Case No.: 2:15-cv-02675-AC |
| Plaintiff, | [~~PROPOSED~~] ORDER EXTENDING BRIEFING SCHEDULE |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security. | |
| Defendant. | |

Based upon the stipulation of the parties, and for cause shown,

IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to and include July 8, 2016, in which to file Plaintiff's Opening Brief; and that all other deadlines set forth in the January 8, 2016 Case Management Order shall be extended accordingly. Specifically, Defendant's Opposition shall be due on or before August 8, 2016. Plaintiff's Reply, if any, shall be due on or before August 28, 2016. IT IS SO ORDERED.

DATE: June 24, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE